## Hugh B. Webb et al., Appellants v. City of Bowling Green, Appellee

June 23, 1950.

Rehearing denied October 20, 1950.

Rodes K. Myers and Leland H. Logan for appellants.

Maurice D. Burton, City Attorney and Laurence B. Finn for appellee.

JUDGE REES—Reversing.

This is a companion case to Cole v. Burton, 313 Ky. 557, 232 S.W.2d 838, and the two appeals were heard together. The facts are stated in the opinion in the Cole case. We reversed the judgment in the Cole case, and held that the City of Bowling Green had the right to compromise the claim on which the judgment in this case is based. It follows that this case is controlled by the Cole case, and, accordingly, the judgment is reversed with directions to dismiss the petition.